IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EDNA SARAI FLORES, INDIVIDUALLY § <br> AND AS NEXT FRIEND OF AILANY § <br> JISSEL CHARLES, A MINOR AND ON § <br> BEHALF OF THE ESTATE OF § <br> JESUS HOMERO CHARLES ESPINOZA, § <br> DECEASED, ELMA ESPINOZA, AND § <br> ADONAI HERNANDEZ DE LA GARZA, § <br> § <br> PLAINTIFFS § <br> § <br> vs. § <br> § <br> § <br> COOPER TIRE & RUBBER COMPANY, § <br> GENERAL MOTORS CORPORATION, § <br> AND JAIME'S TIRE STORE § <br> § <br> DEFENDANTS § | CASE NO. B04038 |

## AFFIDAVIT OF MARK B. BLACKBURN

STATE OF TEXAS §
§
COUNTY OF TRAVIS §

On this day, Mark B. Blackburn appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath he said:

"My name is Mark B. Blackburn. I am capable of making this two-page affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

1. I am an attorney licensed to practice in the State of Texas.

2. Plaintiffs retained my law firm to represent them in this lawsuit.

3. I have knowledge of the supporting documentation in this case and attest that Exhibits A, B (1-4), and C attached hereto and filed herewith in support of Plaintiffs' Motion for Remand are true and correct copies of the documents they purport to be.

4. My legal assistant, Sandy Kinsey, has spent 3 ½ hours and I have spent 10 hours preparing, drafting and filing Plaintiffs' Motion for Remand. The statements contained in Plaintiffs' Motion for Remand are true and correct.

FURTHER, AFFIANT SAYETH NOT.

_____
MARK B. BLACKBURN

SUBSCRIBED AND SWORN TO BEFORE ME on the 11th day of March, 2004, to certify which witness my hand and seal of office.

My commission Expires:

[Notary Seal: SANDRA KINSEY, Notary Public, STATE OF TEXAS, My Comm Expires 01-09-2005]

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

Personally known: ✓

ID or Driver's License: _____