IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 5 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EDNA SARAI FLORES, INDIVIDUALLY AND AS NEXT FRIEND OF AILANY JISSEL CHARLES, A MINOR AND ON BEHALF OF THE ESTATE OF JESUS HOMERO CHARLES ESPINOZA DECEASED, ELMA ESPINOZA, AND ADONAI HERNANDEZ DE LA GARZA | § § § § § § § § | |
| PLAINTIFFS, | § § | C. A. NO. B-04-038 |
| V. | § § | |
| COOPER TIRE & RUBBER CO., GENERAL MOTORS CORPORATION AND JAIME'S TIRE STORE | § § § § | |
| DEFENDANTS. | § | |

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE COURT:

COMES NOW COOPER TIRE & RUBBER COMPANY (hereinafter referred to as "COOPER"), one of the defendants in the above entitled and numbered cause, and files this its disclosure statement pursuant to FED. R. CIV. P. 7.1.:

1. Cooper Tire & Rubber Company;

2. <u>AXA Financial, Inc.</u> holds 10% or more of Cooper Tire & Rubber Company's stock, and it is a publicly traded company.

Respectfully Submitted,

JOHNSON, SPALDING, DOYLE,
  WEST & TRENT, L.L.P.

By: _____
T. Christopher Trent
State Bar No.: 20209400
910 Travis, Suite 1700
Houston, Texas 77002
(713) 222-2323 Telephone
(713) 222-2226 Facsimile

ATTORNEY-IN-CHARGE
FOR DEFENDANT,
COOPER TIRE & RUBBER COMPANY

OF COUNSEL:

JOHNSON, SPALDING, DOYLE,
  WEST & TRENT, L.L.P.
Raphael C. Taylor
State Bar No. 00788514
Catherine Herrington
State Bar No. 24003237
910 Travis, Suite 1700
Houston, Texas 77002
(713) 222-2323 Telephone
(713) 222-2226 Facsimile

Garcia & Villarreal, LLP
Jose E. Garcia
State Bar No. 07636780
Francisco R. Villarreal
State Bar No. 00789706
4311 N. McColl Rd.
McAllen, Texas 78504
(214) 522-0200 Telephone
(214) 521-5485 Facsimile

OF-COUNSEL
FOR DEFENDANT,
COOPER TIRE & RUBBER COMPANY

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure on the ___9th___ day of March 2004.

Gil P. Peralez
The Peralez Law Firm LLP
4900 North Tenth Street, Ste. C3
McAllen, Texas 78504

Chris Franz
Franz Law Firm
4900 N. 10th Street, Suite C-3
McAllen, Texas 78504

Jose E. Mr. Joe E. Garcia
Garcia & Villarreal, L.L.P.
4311 N. McColl Rd.
McAllen, Texas 78504

Mark Blackburn
Blake C. Erksine, Jr.
6601 Vaught Ranch Road, Suite 201
Austin, Texas 78730

James P. Grissom
517 W. Nolana, #3
McAllen, Texas 78504

_____
Raphael C. Taylor