IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDNA SARAI FLORES, INDIVIDUALLY AND AS NEXT FRIEND OF AILANY JISSEL CHARLES, A MINOR AND ON BEHALF OF THE ESTATE OF JESUS HOMERO CHARLES ESPINOZA, DECEASED, ELMA ESPINOZA, AND ADONAI HERNANDEZ DE LA GARZA, § § § § § § § § | | |
| PLAINTIFFS § | | |
| vs. § | CASE NO. B04038 | |
| § § | | |
| COOPER TIRE & RUBBER COMPANY, GENERAL MOTORS CORPORATION, AND JAIME'S TIRE STORE § § § § | | |
| DEFENDANTS § | | |

United States District Court
Southern District of Texas
FILED
MAR 2 4 2004
Michael N. Milby
Clerk of Court

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE COURT:

COME NOW, EDNA SARAI FLORES, INDIVIDUALLY AND AS NEXT FRIEND OF AILANY JISSEL CHARLES, A MINOR AND ON BEHALF OF THE ESTATE OF JESUS HOMERO CHARLES ESPINOZA, DECEASED, ELMA ESPINOZA, AND ADONAI HERNANDEZ DE LA GARZA (hereinafter referred to as "Plaintiffs"), in the above entitled and numbered cause, and files this its certificate of interested persons pursuant to Fed. R. Civ. P. 7.1, subject to and without waiving Plaintiffs' Motion For Remand which is presently pending before this Court.

1. Edna Sarai Flores, Individually;

2. Edna Sarai Flores as Next Friend of Ailany Jissel Charles, a Minor;

3. Edna Sarai Flores on Behalf of The Estate of Jesus Homero Charles Espinoza, Deceased;

4. Elma Espinoza;

5. Adonai Hernandez De La Garza;

**Counsel for Plaintiffs, Edna Sarai Flores, Individually and as Next Friend of Ailany Jissel Charles, a Minor and on Behalf of the Estate of Jesus Homero Charles Espinoza, Deceased, and Elma Espinoza**

Gil P. Peralez
State Bar No. 00791426
The Peralez Law Firm, L.L.P.
4900 North Tenth St., Suite C-3
McAllen, Texas 78504
(956) 682-3660
(956) 682-3848 Fax

Chris Franz
Franz Law Firm
4900 N. 10th St., Suite C-3
McAllen, Texas 78504
(956) 682-3660
(956) 682-3848 Fax

James P. Grissom
3507 West Alberta Rd
Edinburg, Texas 78539
(956) 994-1127
(956) 994-1145 Fax

**Counsel for Plaintiffs, Adonai Hernandez De La Garza**

Mark B. Blackburn
Blake C. Erskine, Jr.
Erskine & Blackburn, L.L.P.
6601 Vaught Ranch Road, Suite 201
Austin, Texas 78730
(512) 684-8900
(512) 684-8920 Fax

James P. Grissom
3507 West Alberta Rd
Edinburg, Texas 78539
(956) 994-1127
(956) 994-1145 Fax

**Counsel for Defendant, General Motors Corporation**

Deron L. Wade
Kyle H. Dreyer
Giovanna Tarantino
Hartline, Dacus, Barger, Dreyer & Kern, L.L.P.
6688 North Central Expressway, Suite 1000
Dallas, Texas 75206
(214) 369-2100
(214) 369-2118 Fax

**Counsel for Defendant, Cooper Tire and Rubber Company**

T. Christopher Trent
Catherine H. Herrington
Johnson, Spalding, Doyle, West & Trent
910 Travis Street
17th Floor
Houston, TX 77002
(713) 222-2323
(713) 222-2226 Fax

José Garcia, Esq.
Chad Tolar, Esq.
Francisco R. Villarreal
Garcia & Villarreal, L.L.P.
4311 N. McColl Rd.
McAllen, TX 78504
(956) 630-0081
(956) 630-3631 Fax

**Counsel for Defendant, Jamie's Tire Store**

Peter C. Gilman
Law Offices of Peter C. Gilman, P.C.
6933 N. Expressway
Olmito, TX 78575
(956) 350-6954
(956) 350-8056 Fax

Respectfully submitted,

By: _____
MARK B. BLACKBURN
State Bar No. 02388990
Southern District No. 14680
BLAKE C. ERSKINE, JR.
State Bar No. 00786383
Southern District No. 27042
JAMES F. TWOMBLY
State Bar No. 00797584
6601 Vaught Ranch Road, Suite 201
Austin, Texas 78730
Telephone (512) 684-8900
Facsimile (512) 684-8920
E-Mail: Mblackburn@Erskine-Blackburn.com

GIL P. PERALEZ
State Bar No. 00791426
The Peralez Law Firm, L.L.P.
4900 North Tenth St., Suite C-3
McAllen, Texas 78504
Telephone (956) 682-3660
Facsimile (956) 682-3848
E-Mail: gil@peralezlaw.com

AND

JAMES P. GRISSOM
State Bar No. 08511900
517 W Nolana #3
McAllen, TX 78504
Telephone (956) 994-1127
Facsimile: (956) 994-1145
E-Mail: jpgrissom5@cs.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF COMPLIANCE WITH Fed. R. Civ. P. 5

I hereby certify compliance with FED. R. CIV. P. 5 in that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested, or by facsimile transmission, on the 23rd day of March 2004, to the following attorneys of record:

José Garcia, Esq.
Chad Tolar, Esq.
Francisco R. Villarreal
Garcia & Villarreal, L.L.P.
4311 N. McColl Rd.
McAllen, TX 78504

Deron L. Wade
Kyle H. Dreyer
Giovanna Tarantino
Hartline, Dacus, Barger, Dreyer & Kern, L.L.P.
6688 North Central Expressway, Suite 1000
Dallas, Texas 75206

T. Christopher Trent
Catherine H. Herrington
Johnson, Spalding, Doyle, West & Trent
910 Travis Street
17th Floor
Houston, TX 77002

Peter C. Gilman
Law Offices of Peter C. Gilman, P.C.
6933 N. Expressway
Olmito, TX 78575

_____
MARK B. BLACKBURN