IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EDNA SARAI FLORES, § | |
| INDIVIDUALLY AND AS NEXT § | |
| FRIEND OF AILANY JISSEL § | |
| CHARLES, A MINOR AND ON § | |
| BEHALF OF THE ESTATE OF JESUS § | |
| HOMERO CHARLES ESPINOZA § | |
| DECEASED, ELMA ESPINOZA, AND § | |
| ADONAI HERNANDEZ DE LA GARZA § | |
| § | |
| *PLAINTIFFS*, § | C. A. NO. B-04-038 |
| § | |
| V. § | |
| § | |
| COOPER TIRE & RUBBER CO., § | |
| GENERAL MOTORS CORPORATION § | |
| AND JAIME'S TIRE STORE § | |
| § | |
| *DEFENDANTS.* § | |

## AGREED MOTION TO REMAND

COMES NOW, Plaintiffs Edna Sarai Flores, Individually and as next friend of Ailany Jissel Charles, a minor and on behalf of the Estate of Jesus Homero Charles Espinoza deceased, Elma Espinoza, and Adonai Hernandez De La Garza and Defendant Cooper Tire & Rubber Company and files this its Agreed Motion to Remand pursuant to 28 U.S.C. §1447.

### Argument and Authority

1.      Cooper Tire & Rubber Company removed to this Court Cause No. 2003-063352-C; *Edna Sarai Flores, Individually and as next friend of Ailany Jissel Charles, a minor and on behalf of the Estate of Jesus Homero Charles Espinoza deceased, Elma Espinoza, and Adonai Hernandez De La Garza v. Cooper Tire & Rubber Co., General Motors Corporation and Jaime's Tire Store* from the 197th Judicial District Court of Cameron County, Texas on February 25, 2004 pursuant to the provisions of 28 U.S.C. §1332(a) and 1441(b) as well as TEX. CIV. PRAC. & REM. CODE §82.003.

2. Cooper's Removal was prepared and filed in good faith and not for an improper purpose. Cooper removed the Plaintiffs' First Amended Original Petitions, which were filed in Cameron County on December 23, 2003. Due to some confusion with another Original Petition with the same facts filed in Hidalgo County, Cooper did not have actual knowledge of the Cameron County Original Petition. That Petition, filed on June 30, 2003, was not served on Cooper Tire & Rubber Company and was thus, not considered in determining the "filed on" date for the application of TEX. CIV. PRAC. & REM. CODE §82.003. Because the Original Petition was filed before July 1, 2003, the new CIV. PRAC. & REM. CODE §82.003 arguably does not apply. Accordingly, Cooper Tire & Rubber Company Agrees to Remand this case back to the 197th Judicial District Court of Cameron County, Texas.

3. This Agreed Motion for Remand is filed within 30 days after the filing of the Notice of Removal. 28 U.S.C. §1447(c); *Catapillar, Inc. v. Louis*, 519 U.S. 61, 69 (117 Sup. Ct. 467, 473 (1996)); *Pavone v. Mississippi River Boat Amusement Corp.*, 52 F.3d 560, 566 (5th Cir. 1995). All parties agree to this Remand and respectfully request that Plaintiffs' Joint Motion for Remand filed on March 11, 2004 be disregarded as to any costs or fees requested by Plaintiffs against Cooper, as the parties realized Cooper was operating off of the December 23, 2003 and not out of some improper purpose.

## Conclusion

4. The lack of removal jurisdiction is apparent on the face of the pleadings, as Plaintiffs' Original Petition was filed on June 30, 2003 before the July 1, 2003 application of the TEX. CIV. PRAC. & REM. CODE §82.003. Accordingly, the parties request that this court remand the case to State Court <u>without</u> an apportionment of costs, expenses and/or attorney's fees.

## Prayer

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendant request that this Court remand this case to the Clerk of the State Court in order for it to reacquire jurisdiction pursuant to this motion and sign the attached proposed Order for Remand.

Respectfully submitted,

**JOHNSON, SPALDING, DOYLE, WEST & TRENT, L.L.P.**

By: _____
T. Christopher Trent
State Bar No. 20209400
Federal Bar No. 14244
Raphael C. Taylor
State Bar No. 00788514
Federal Bar No. 17278
Catherine H. Herrington
State Bar No. 24003237
Federal Bar No. 23194
910 Travis, Suite 1700
Houston, Texas 77002
Telephone: (713) 222-2323
Facsimile: (713) 222-2226

Jose E. Garcia
State Bar No. 07636780
Federal Bar No. 3934
Francisco R. Villarreal
State Bar No. 00789706
Federal Bar No. 20081
GARCIA & VILLARREAL, L.L.P.
4311 N. McColl
McAllen, Texas 78504
Telephone: (956) 630-0081
Facsimile: (956) 630-3631

**ATTORNEYS FOR DEFENDANT, COOPER TIRE & RUBBER COMPANY**

THE PERALEZ LAW FIRM L.L.P.

By: _____
Gil P. Peralez
State Bar No. 00791426
4900 North Tenth Street, Ste. C3
McAllen, Texas 78504
Telephone: (956) 682-3660
Facsimile: (956) 682-3848

Chris Franz
State Bar No. 00792514
Franz Law Firm
4900 N. 10th St., Suite C-3
McAllen, Texas 78504
Telephone: (956) 682-3660
Facsimile: (956) 682-3848

James P. Grissom
State Bar No. 08511900
517 W Nolana #3
McAllen, Texas 78504
Telephone: (956) 994-1127
Facsimile: (956) 994-1145

**ATTORNEYS FOR THE PLAINTIFFS, EDNA SARAI FLORES, INDIVIDUALLY AND AS NEXT FRIEND OF AILANY JISSEL CHARLES, A MINOR AND ON BEHALF OF THE ESTATE OF JESUS HOMERO CHARLES ESPINOZA DECEASED, ELMA ESPINOZA**

ERSKINE & BLACKBURN

By: _____
Mark B. Blackburn
State Bar No. 02388990
Blake C. Erskine, Jr.
State Bar No. 00786383
6601 Vaught Ranch Road, Suite 201
Austin, Texas 78730
Telephone: (512) 684-8900
Facsimile: (512) 684-8920

James P. Grissom
State Bar No. 08511900
517 W Nolana #3
McAllen, Texas 78504
Telephone: (956) 994-1127
Facsimile: (956) 994-1145

**ATTORNEYS FOR THE PLAINTIFF,
ADONAI HERNANDEZ DE LA GARZA**

### CERTIFICATE OF CONFERENCE

I, Catherine H. Herrington, contacted Plaintiffs' Counsel, regarding this motion and they are AGREED with this Motion.

_____
Catherine H. Herrington

5

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record in accordance Federal and Texas Rules of Civil Procedure on the 31st day of March 2004.

Gil P. Peralez
The Peralez Law Firm LLP
4900 North Tenth Street, Ste. C3
McAllen, Texas 78504

Chris Franz
Franz Law Firm
4900 N. 10th Street, Suite C-3
McAllen, Texas 78504

Kyle Dreyer
Deron Wade
Giovanna Tarantino
Hartline, Dacus, Barger, Dreyer & Kern, L.L.P.
6688 North Central Expressway, Suite 1000
Dallas, Texas 75206

Mark Blackburn
Blake C. Erksine, Jr.
6601 Vaught Ranch Road, Suite 201
Austin, Texas 78730

James P. Grissom
517 W. Nolana, #3
McAllen, Texas 78504

_____
Catherine H. Herrington