

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| **RECUSAL ORDER** | | CASE NUMBER B-04-038 |
| **STYLE** | Edna Sarai Flores, Individually and as Next Friend of Ailany Jissel Charles, a Minor and on Behalf of the Estate of Jesus Homero Charles Espinoza Deceased, Elma Espinoza, and Adonai Hernandez De La Garza<br><br>vs.<br><br>Cooper Tire & Rubber Co., General Motors Corporation and Jaime's Tire Store | |
| **ORDER** | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. | |
| | *Signed:*<br><br>Andrew S. Hanen<br>United States District Judge | |
| | Date:   April 6, 2004 | |

| **REASSIGNMENT** | This case is reassigned to: |
|---|---|
| | Hilda G. Tagle, United States District Judge |
| | **MICHAEL N. MILBY**<br>United States District Clerk |
| | *By:* |
| | Deputy Clerk |