IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EDNA SARAI FLORES, INDIVIDUALLY AND AS NEXT FRIEND OF AILANY JISSEL CHARLES, A MINOR AND ON BEHALF OF THE ESTATE OF JESUS HOMERO CHARLES ESPINOZA, DECEASED, ELMA ESPINOZA, AND ADONAI HERNANDEZ DE LA GARZA, § § § § § § § § PLAINTIFFS § § vs. § § § § COOPER TIRE & RUBBER COMPANY, § GENERAL MOTORS CORPORATION, § AND JAIME'S TIRE STORE § § DEFENDANTS § | CASE NO. B04038 |

## PLAINTIFFS' PROOF OF SERVICE

TO THE HONORABLE COURT:

COME NOW, EDNA SARAI FLORES, INDIVIDUALLY AND AS NEXT FRIEND OF AILANY JISSEL CHARLES, A MINOR AND ON BEHALF OF THE ESTATE OF JESUS HOMERO CHARLES ESPINOZA, DECEASED, ELMA ESPINOZA, AND ADONAI HERNANDEZ DE LA GARZA (hereinafter referred to as "Plaintiffs"), in the above entitled and numbered cause, and files this its proof of service pursuant to Fed. R. Civ. P. Rule 4(m), subject to and without waiving Plaintiffs' Motion For Remand which is presently pending before this Court.

1. **DEFENDANT, COOPER TIRE & RUBBER COMPANY**:

    Service of citation on Defendant Cooper Tire & Rubber Company was perfected on January 26, 2004 by serving Cooper Tire & Rubber Company, a Delaware Corporation, which is doing and is authorized to conduct business in the State of Texas, and was served with process by serving its registered agent, CT Corp. System, 350 N. Paul Street, Dallas, Texas 75201 by certified mail (see attached proof of service). Defendant Cooper Tire & Rubber Company filed it's Motion to Transfer Venue, Motion to Dismiss for *Forum Non-Conveniens*, and Original Answer and Special Exceptions to Plaintiffs' First Amended Original Petition on or about February 13, 2004.

2. **DEFENDANT, GENERAL MOTORS CORPORATION:**

   Service of citation on Defendant General Motors Corporation was perfected on January 26, 2004 by serving General Motors Corporation, a Delaware Corporation, doing and authorized to conduct business in the State of Texas, may be served with process by serving its registered agent, CT Corp. System, 350 N. Paul Street, Dallas, Texas 75201 by certified mail (see attached proof of service). Defendant General Motors Corporation filed its Motion to Transfer Venue and Original Answer Subject Thereto on or about February 16, 2004.

3. **DEFENDANT, JAIME'S TIRE STORE:**

   Service of citation on Defendant Jamie's Tire Store was perfected on February 3, 2004 by serving Jaime's Tire Store which is doing and authorized to conduct business in the State of Texas. Defendant was served with process by serving its d/b/a agent, Sylvia G. Perez, at 1615 South Indiana, Brownsville, TX 78520 by certified mail (see attached proof of service). Defendant Jaime's Tire Store filed its Original Answer on or about March 16, 2004.

Respectfully submitted,

By: _____
MARK B. BLACKBURN
State Bar No. 02388990
Southern District No. 14680
BLAKE C. ERSKINE, JR.
State Bar No. 00786383
Southern District No. 27042
JAMES F. TWOMBLY
State Bar No. 00797584
6601 Vaught Ranch Road, Suite 201
Austin, Texas 78730
Telephone (512) 684-8900
Facsimile (512) 684-8920
E-Mail: Mblackburn @Erskine-Blackburn.com

GIL P. PERALEZ
State Bar No. 00791426
The Peralez Law Firm, L.L.P.
4900 North Tenth St., Suite C-3
McAllen, Texas 78504
Telephone (956) 682-3660
Facsimile (956) 682-3848

AND

JAMES P. GRISSOM
State Bar No. 08511900
517 W Nolana #3
McAllen, TX 78504
Telephone (956) 994-1127
Facsimile: (956) 994-1145
E-Mail: jpgrissom5@cs.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF COMPLIANCE WITH Fed. R. Civ. P. 5**

I hereby certify compliance with FED. R. CIV. P. 5 in that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested, or by facsimile transmission, on the 21st day of March 2004, to the following attorneys of record:

José Garcia, Esq.
Chad Tolar, Esq.
Francisco R. Villarreal
Garcia & Villarreal, L.L.P.
4311 N. McColl Rd.
McAllen, TX 78504

Deron L. Wade
Kyle H. Dreyer
Giovanna Tarantino
Hartline, Dacus, Barger, Dreyer & Kern, L.L.P.
6688 North Central Expressway, Suite 1000
Dallas, Texas 75206

T. Christopher Trent
Catherine H. Herrington
Johnson, Spalding, Doyle, West & Trent
910 Travis Street
17th Floor
Houston, TX 77002

Chris Franz
Franz Law Firm
4900 N. 10th St., Suite C-3
McAllen, Texas 78504

Peter C. Gilman
Law Offices of Peter C. Gilman, P.C.
6933 N. Expressway
Olmito, TX 78575

_____
MARK B. BLACKBURN

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE | CERTIFICATE OF DELIVERY OF MAIL |
|---|---|
| Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.<br><br>Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court.<br><br>NAME OF PREPARER _____ TITLE<br><br>ADDRESS<br><br>CITY _____ STATE ____ ZIP | I hereby certify that on the 21st of JANUARY 2004, I mailed to<br><br>___JAIME'S TIRE STORE___<br><br>by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.<br><br>CERTIFIED MAIL NO. 9580 9964<br>RETURN RECEIPT REQUESTED<br>DELIVER TO ADDRESSEE ONLY<br><br>___AURORA DE LA GARZA___, District Clerk<br>Cameron County, Texas<br><br>By: _____, Deputy |



SCANNED
FEB 09 2004

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE |
|---|
| Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation. |
| Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court. |
| NAME OF PREPARER _____ TITLE |
| ADDRESS _____ |
| CITY _____ STATE _____ ZIP |

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the 21st of JANUARY 2004, I mailed to

JAIME'S TIRE STORE

by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. 9580 9957
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

AURORA DE LA GARZA, District Clerk
Cameron County, Texas

By: _____, Deputy



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7002 2410 0000 9580 9957

2003-06-3352-C
CITATION
01/21/2004

Sent To: JAIME TIRE STORE BY SERVING ITS
AGENT SYLVIA G PEREZ
1615 SOUTH INDIANA
BROWNSVILLE TX 78520



7002 2410 0000 9580 9957

PS Form 3811, August 2001

SCANNED
FEB 09 2004

```
ATTACH RETURN RECEIPTS WITH
     ADDRESSEE'S SIGNATURE

Rule 106 (a)(2): The citation
shall be served by mailing to
the defendant by Certified Mail,
Return Receipt Requested, a true
copy of the citation.

Sec. 17.027, Rules of Civil
Practice and Remedies Code, if
not prepared by Clerk of Court.

NAME OF PREPARER           TITLE

ADDRESS

CITY              STATE      ZIP
```

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the 21st of
JANUARY 2004, I mailed to
COOPER TIRE & RUBBER COMPANY
by registered mail or certified mail, with
delivery restricted to addressee only,
return receipt requested, a true copy of
this citation with a copy of the petition
attached hereto.

CERTIFIED MAIL NO. 9580 9926
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

AURORA DE LA GARZA, District Clerk
Cameron County, Texas

By: _____, Deputy





SCANNED
FEB 09 2004

```
ATTACH RETURN RECEIPTS WITH
    ADDRESSEE'S SIGNATURE

Rule 106 (a)(2): The citation
shall be served by mailing to
the defendant by Certified Mail,
Return Receipt Requested, a true
copy of the citation.

Sec. 17.027, Rules of Civil
Practice and Remedies Code, if
not prepared by Clerk of Court.

NAME OF PREPARER          TITLE

ADDRESS

CITY         STATE        ZIP
```

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the 21st of JANUARY 2004, I mailed to

COOPER TIRE & RUBBER COMPANY

by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. 9580 9940
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

AURORA DE LA GARZA, District Clerk
Cameron County, Texas
By: _____, Deputy

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

2003-06-3352-C
CITATION
01/21/2004

COOPER TIRE & RUBBER COMPANY
BY SERVING ITS REGISTERED AGENT
CT CORPORATION SYSTEMS
350 N ST PAUL STREET

7002 2410 0000 9580 9940



SCANNED FEB 09 2004

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE | CERTIFICATE OF DELIVERY OF MAIL |
|---|---|
| Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.<br><br>Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court.<br><br>NAME OF PREPARER _____ TITLE ___<br><br>ADDRESS _____<br><br>CITY _____ STATE ___ ZIP ___ | I hereby certify that on the 21st of JANUARY 2004, I mailed to GENERAL MOTORS CORPORATION by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.<br><br>CERTIFIED MAIL NO. 9580 9933<br>RETURN RECEIPT REQUESTED<br>DELIVER TO ADDRESSEE ONLY<br><br>AURORA DE LA GARZA, District Clerk<br>Cameron County, Texas<br>By: _____, Deputy |





SCANNED
FEB 09 2004

ATTACH RETURN RECEIPTS WITH
ADDRESSEE'S SIGNATURE

Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.

Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court.

NAME OF PREPARER _____ TITLE _____

ADDRESS _____

CITY _____ STATE _____ ZIP _____

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the 21st of JANUARY 2004, I mailed to

GENERAL MOTORS CORPORATION

by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. 9580 9919
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

AURORA DE LA GARZA, District Clerk
Cameron County, Texas

By: _____, Deputy

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage | $
Certified Fee | 2003-06-3352-C
Return Receipt Fee | 01/21/2004
(Endorsement Required) | CITATION
Restricted Delivery Fee |
(Endorsement Required) |
Total Postage & Fees | $

Sent To: GENERAL MOTORS CORPORATION
BY SERVING ITS REGISTERED AGENT
Street, Apt No.; or PO Box No: CT CORPORATION SYSTEM
City, State, ZIP+4: 350 N ST PAUL STREET
DALLAS, TX 75201

7002 2410 0000 9580 9919

PS Form 3800, June 2002

---

GENERAL MOTORS CORPORATION
BY SERVING ITS REGISTERED AGENT
CT CORPORATION SYSTEM
350 N ST PAUL STREET
DALLAS TEXAS 75201

7002 2410 0000 9580 9919

PS Form 3811, August 2001

SCANNED
FEB 09 2004